■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIRK HAUGHTON, Appellant.—Judgment of the County Court,

Nassau County (Cornelius, J.), rendered January 27, 1984, affirmed *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., O'Connor, Rubin and Kunzeman, JJ., concur.